UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNIVERSAL CONNECTIVITY TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> DELL TECHNOLOGIES INC. and DELL INC., <br><br> Defendants. | Case No. 1:23-cv-01506-RP <br><br> JURY TRIAL DEMANDED |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff Universal Connectivity Technologies Inc. ("UCT") and Defendants Dell Technologies Inc. and Dell Inc. (collectively "Dell") respectfully move the Court to extend the deadline to submit the Proposed Scheduling Order and Rule 26 Report by 5 days from March 8, 2024 to March 13, 2024.

UCT and Dell are currently working with Defendant HP Inc. from *Universal Connectivity Technologies Inc. v. HP Inc.,* No. 1:23-cv-1177 ("HP Case"), to consolidate a potential joint schedule for purposes of claim construction. The HP Case involves the same patents-in-suit and is also pending in this Court in front of Judge Pitman. The parties are requesting additional time to confer and meaningfully discuss the remaining disputes. Thus, to maximize judicial efficiency, UCT and Dell respectfully request that the Court extend the deadline to submit the Proposed Scheduling Order and Rule 26 Report in this case to March 13, 2024.

Dated:  March 8, 2024

Respectfully submitted,

*/s/ Brett Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (TX SBN 24066317)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Phone: 212-951-0100

***Attorneys for Plaintiff Universal Connectivity Technologies Inc.***

*/s/ Nick Schuneman*
Kevin J. Meek
Texas State Bar No. 13899600
Syed Fareed
Texas State Bar No. 24065216
Brian Oaks (pro hac vice)
Texas State Bar No. 24007767
Nick Schuneman
Texas State Bar No. 24056283
**MCDERMOTT WILL & EMERY LLP**
300 Colorado Street, Suite 2200
Austin, Texas 78701-4078
Telephone: (512) 726-2579
Facsimile:  (512) 532-0002
kmeek@mwe.com
sfareed@mwe.com
boaks@mwe.com
nschuneman@mwe.com

***Attorneys for Defendants Dell Technologies Inc. and Dell Inc.***

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 8, 2024 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Brett Cooper*
Brett Cooper

## CERTIFICATE OF CONFERENCE

The Parties have complied with the meet and confer requirement and the motion is submitted as agreed.

*/s/ Brett Cooper*
Brett Cooper