# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNIVERSAL CONNECTIVITY TECHNOLOGIES INC.,** §<br>§<br>*Plaintiff* §<br>§<br>v. §<br>§<br>**DELL TECHNOLOGIES INC. and DELL INC.,** §<br>§<br>*Defendants* § | Case No. 1:23-cv-01506-RP |

## PRELIMINARY CLAIM CONSTRUCTION

The Court provides the following preliminary construction of briefed disputed terms, in the order the parties have asked to argue them, in advance of the *Markman* hearing set for **9:30 a.m. Monday, November 24, 2025**. The purpose of preliminary construction is to streamline the hearing by providing the parties an indication of the Court's current position for the terms. The preliminary construction is not final and may be changed based on the arguments at the hearing.

| | Disputed Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Preliminary Construction |
|---|---|---|---|---|
| **1A** | **'231 Patent**, claim 10 and dependent claims 11-14<br><br>"logic to detect signals on the cable interface" | Subject to 35 U.S.C. § 112 ¶ 6<br>**Function:** detect signals on the cable interface<br>**Structure:** The corresponding structure is defined by the subparts of the limitation | This term is a means-plus-function limitation under 35 U.S.C. § 112(6)<br>**Function:** Detecting signals on the cable interface<br>**Corresponding structure:** Because the patent fails to disclose adequate corresponding structure, this limitation is indefinite | Plaintiff's proposed construction |

|  | Disputed Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Preliminary Construction |
|---|---|---|---|---|
| 1B | '231 Patent, claim 10 and dependent claims 11-14<br><br>"a first logic to detect a voltage value on the power bus…" | Subject to 35 U.S.C. § 112 ¶ 6<br>**Function:** detect a voltage value on the power bus<br>**Structure:** a voltage detector with an input connected to the pin of the transmitter that is connected to the power bus, and equivalents thereof | This term is a means-plus-function limitation under 35 U.S.C. § 112(6)<br>**Function:** Detecting a voltage value on the power bus<br>**Corresponding structure:** Because the patent fails to disclose adequate corresponding structure, this limitation is indefinite | Plaintiff's proposed construction |
| 1C | '231 Patent, claim 10 and dependent claims 11-14<br><br>"a second logic to detect signals on the control bus…" | Subject to 35 U.S.C. § 112 ¶ 6<br>**Function:** detect signals on the control bus<br>**Structure:** a voltage detector with an input connected to the pin of the transmitter that is connected to the control bus, and equivalents thereof | This term is a means-plus-function limitation under 35 U.S.C. § 112(6)<br>**Function:** Detecting signals on the control bus. **Corresponding structure:** Because the patent fails to disclose adequate corresponding structure, this limitation is indefinite | Plaintiff's proposed construction |
| 1D | '231 Patent, claim 16 and dependent claims 17, 18<br><br>"logic to discover a transmitting device coupled with the receiving device" | "logic to discover"<br>**Structure:** The corresponding structure is defined by the subparts of the limitation | This term is a means-plus-function limitation under 35 U.S.C. § 112(6)<br>**Function:** Discovering a transmitting device coupled with the receiving device. **Corresponding structure:** Because the patent fails to disclose adequate corresponding structure, this limitation is indefinite | Subject to 35 U.S.C. § 112 ¶ 6<br><br>The corresponding structure is defined by the subparts of the limitation |

|    | Disputed Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Preliminary Construction |
|----|---------------------|-----------------------------------|-----------------------------------|--------------------------|
| 1E | '231 Patent, claim 16 and dependent claims 17, 18<br><br>"a first logic to discover a transmitting device coupled with the receiving device…" | Subject to 35 U.S.C. § 112 ¶ 6<br>**Function:** detect a first signal on the control bus<br>**Structure:** a voltage detector with an input connected to the pin of the receiver that is connected to the control bus, and equivalents thereof | This term is a means-plus-function limitation under 35 U.S.C. § 112(6)<br>**Function:** Detecting a first signal on the control bus.<br>**Corresponding structure:** Because the patent fails to disclose adequate corresponding structure, this limitation is indefinite | Plaintiff's proposed construction |
| 1F | '231 Patent, claim 16 and dependent claims 17, 18<br><br>"a second logic to detect a power signal from the transmitting device…" | Subject to 35 U.S.C. § 112 ¶ 6<br>**Function:** detect a power signal from the receiving [transmitting] device1<br>**Structure:** a voltage detector with an input connected to the pin of the receiver that is connected to a power signal line, and equivalents thereof | This term is a means-plus-function limitation under 35 U.S.C. § 112(6)<br>**Function:** Detecting a power signal from the transmitting device.<br>**Corresponding structure:** Because the patent fails to disclose adequate corresponding structure, this limitation is indefinite | Plaintiff's proposed construction |

| | Disputed Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Preliminary Construction |
|---|---|---|---|---|
| **2A** | **'520 Patent**, asserted claim 12 and dependent claims 13, 15, 18<br><br>"logic to convert each of one or more control signals into a data packet" | Subject to 35 U.S.C. § 112 ¶ 6<br>**Function:** convert each of one or more control signals into a data packet, each of the one or more control signals being one of a plurality of different types of control signals for a standard protocol, each data packet including a plurality of bits to be transmitted<br>**Structure:** a general-purpose processor, special-purpose processor, or logic-circuit programmed to form control signal bytes into data packets that include (1) a header field indicating the type of the packet, and (2) a control field identifying whether the packet is carrying data or a command, and equivalents thereof | This term is means-plus-function limitations under 35 U.S.C. § 112(6)<br>**Function:** Converting each of one or more control signals into a data packet.<br>**Corresponding structure:** Because the patent fails to disclose adequate corresponding structure, this limitation is indefinite | Plaintiff's proposed construction |

| | Disputed Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Preliminary Construction |
|---|---|---|---|---|
| **2B** | **'520 Patent**, asserted claim 19 and dependent claim 25<br><br>"logic to convert each of the one or more data packets into a control signal" | Subject to 35 U.S.C. § 112 ¶ 6<br>**Function:** convert each of the one or more data packets into a control signal<br>**Structure:** a general-purpose processor, special-purpose processor, or logic circuit programmed to (1) identify the packet type from a header of a received packet, and (2) identify whether the packet is data or a command from a control field of the received packet, and equivalents thereof | This term is means-plus-function limitations under 35 U.S.C. § 112(6)<br>**Function:** Converting each of the one or more data packets into a control signal.<br>**Corresponding structure:** Because the patent fails to disclose adequate corresponding structure, this limitation is indefinite | Plaintiff's proposed construction |

| 3 | **'520 Patent**, asserted claims 12 and dependent claims 13, 15, 18; asserted claim 19 and dependent claim 25<br><br>"logic to arbitrate use of the first control bus, the logic to arbitrate use being operable to: determine whether the control bus is in use by the receiving device, and<br><br>if the first control bus is not in use by the receiving device, conduct arbitration for control of the first control bus" (claim 12)<br><br>"logic to arbitrate use of the first control bus, the logic to arbitrate use being operable to:<br><br>determine whether the control bus is in use by the transmitting device, and<br><br>if the first control bus is not in use by the transmitting device, conduct arbitration for control of the first control bus" (claim 19) | Subject to 35 U.S.C. § 112 ¶ 6<br>**Function:** to arbitrate use of the first control bus, the logic to arbitrate use being operable to:<br>[i] determine whether the control bus is in use by the receiving device [/ transmitting device], and [ii] if the first control bus is not in use by the receiving device [/ transmitting device], conduct arbitration for control of the first control bus<br>**Structure:** a general-purpose processor, special-purpose processor, or logic circuit programmed with instructions to perform Steps 304-322 of Figure 3, and equivalents thereof | These terms are means-plus-function limitations under 35 U.S.C. § 112(6)<br>**Function** (claims 12 and 19): arbitrate use of the first control bus by determining whether the control bus is in use by the receiving device [/ transmitting device] and, if the first control bus is not in use by the receiving device [/ transmitting device], conducting arbitration for control of the first control bus.<br>**Corresponding structure:** Because the patent fails to disclose adequate corresponding structure, this limitation is indefinite | Plaintiff's proposed construction |

| | Disputed Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Preliminary Construction |
|---|---|---|---|---|
| 4 | **'905 Patent**, asserted claim 21 and dependent claims 22, 23, 26<br><br>"a preemption component that signals the transmission component to stop transmitting the first packet, transmits a preempt indicator indicating that a second packet is to be transmitted, transmits the second packet, and signals the transmission component to continue transmitting the first packet" | Plain and ordinary meaning.<br>This claim term does not invoke §112(6)<br>Alternatively, should §112(6) apply:<br>**Function:** "signals the transmission component to stop transmitting the first packet, transmits a pre-empt indicator indicating that a second packet is to be transmitted, transmits the second packet, and signals the transmission component to continue transmitting the first packet"<br>**Corresponding structure:** "20:3- 25, Fig. 13 and 20:31-37, Fig. 14 and 20:50-67, and equivalents thereof" | This term is a means-plus-function limitation under 35 U.S.C. § 112(6)<br>**Function:** signaling the transmission component to stop transmitting the first packet, transmitting a preempt indicator indicating that a second packet is to be transmitted, transmitting the second packet, and signaling the transmission component to continue transmitting the first packet<br>**Corresponding structure:** Because the patent fails to disclose adequate corresponding structure, this limitation is indefinite | Plain and ordinary meaning |

|   | Disputed Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Preliminary Construction |
|---|---|---|---|---|
| 5 | **'798 Patent**, asserted claim 19 and dependent claims 20-26, 28<br><br>"an identification component that identifies a packet type of a packet of symbols" | Subject to 35 U.S.C. § 112 ¶ 6<br>**Function:** identifies a packet type of a packet of symbols<br>**Structure:** "a general-purpose processor, special-purpose processor, or logic circuit programmed to determine whether the packet was removed from a control queue or a data queue, and send an indication of whether the packet was removed from the control queue or the data queue to the transport layer" | This term is a means-plus-function limitation under 35 U.S.C. § 112(6)<br>**Function:** Identifying a packet type of a packet of symbols<br>**Corresponding structure:** Because the patent fails to disclose adequate corresponding structure, this limitation is indefinite | Plaintiff's proposed construction |
| 6 | **'307 Patent**, all asserted claims<br><br>"application data and control bits" | No construction necessary | The application data and control bits are not encoded as special characters | No construction necessary |
| 7 | **'265 Patent**, all asserted claims<br><br>"AV sink operation mode" and "AV source operation mode" | Plain and ordinary meaning. No further construction necessary | A mode in which the AV device receives (but does not provide) power and receives (but does not send) data | Plain and ordinary meaning |

8

|  | Disputed Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Preliminary Construction |
|---|---|---|---|---|
| 8 | **'520 Patent**, all asserted claims & **'231 Patent**, claim 14<br><br>"mobile device" | "any mobile electronic device" | A cellular telephone, smartphone, PDA (personal digital device), MP3 or other format music player, digital camera, video recorder, digital storage device, and other similar devices (i.e. portable devices smaller than a standard device such as a personal computer or monitor | Plain and ordinary meaning |
| 9A | **'520 Patent**, all asserted claims<br><br>"standard protocol" | "a standardized communication protocol" | A communication protocol that was standardized as of the January 4, 2008 filing date of the '520 patent. A device utilizing the standard protocol communicates over multiple control buses | Defendant's proposed construction |
| 9B | **'520 Patent**, all asserted claims<br><br>"modified protocol" | "a modification of the standard protocol that is not included in the standard protocol" | A communication protocol that is a modification of the standard protocol, that was defined as of the January 4, 2008 filing date of the '520 patent. A device utilizing the modified protocol communicates over one (and only one) control bus | Defendant's proposed construction |

9

| | Disputed Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Preliminary Construction |
|---|---|---|---|---|
| 10 | **'520 Patent**, all asserted claims<br><br>"the modified protocol being a modification of the standard protocol that is not included in the standard protocol" | No construction necessary | Indefinite | Plain and ordinary meaning |
| 11 | **'103 Patent**, all asserted claims<br><br>"first physical channel" | "a physical path for transmitting electrical signals" | A Transition-Minimized Differential Signaling (TMDS) channel | Defendant's proposed construction |

The Court **ORDERS** that the parties submit any slides they wish to use at the *Markman* hearing to Courtroom Deputy Kyra Kelley at Kyra_Fink@txwd.uscourts.gov, copying opposing counsel, **by 3 p.m. Friday, November 21, 2025**.

**SIGNED** on November 20, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE